

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -9  P 4: 12

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | * CIVIL ACTION * |
| | * NO. 00-0177 |
| VERSUS | * |
| | * SECTION "T" |
| ALTON OCHSNER MEDICAL FOUNDATION | * |
| | * MAGISTRATE "3" |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME

Plaintiff, Computer Associates International, Inc. ("CAI"), moves this Court for a 20 day extension of time, until April 3, 2000, within which to respond to the counterclaim filed by defendant, Alton Ochsner Medical Foundation ("Ochsner"). As grounds for this motion, CAI shows that it needs additional time to investigate its response to Ochsner's counterclaim, and that Ochsner has not filed into the record for this matter any objection to the requested extension of time.

WHEREFORE, Computer Associates International, Inc. prays that its request for a 20

DATE OF ENTRY  MAR 13 2000



455750-1

day extension within which to respond to Alton Ochsner Medical Foundation's counterclaim, until April 3, 2000, be granted.

                                          [signature]
ROBERT S. ROOTH, T.A. #11454
SCOTT C. BARNEY, #21868
EARL F. SUNDMAKER, III, #24226
**CHAFFE, McCALL, PHILLIPS,
    TOLER & SARPY, L.L.P.**
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7000

**Attorneys for Computer Associates International, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time has been served on all counsel of record by United States mail, properly addressed with postage prepaid, , this 9th day of March, 2000.

[signature]

455750-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | * CIVIL ACTION *  |
| VERSUS | * NO. 00-0177 * |
| | * SECTION "T" * |
| ALTON OCHSNER MEDICAL FOUNDATION | * MAGISTRATE "3" |
| * * * * * * * * * * * * * * * * * * * * | * * |

## ORDER

Considering the above and foregoing Motion for Extension of Time,

IT IS ORDERED that plaintiff, Computer Associates International, Inc., be and it is hereby granted a 20 day extension of time, until April 3, 2000, within which to respond to the counterclaim filed by defendant, Alton Ochsner Medical Foundation.

New Orleans, Louisiana, this 13th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

455750-1