UNITED STATES DISTRICT COURT
FILED

APR 1 7 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES  DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

COMPUTER ASSOCIATES                          CIVIL ACTION

VERSUS                                       NO. 00-0177

ALTON OSCHNER MEDICAL FOUNDATION             SECTION  "T"

### PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held BY TELEPHONE on MAY 11, 2000 at 2:30 p.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

RICHARD E. WINDHORST, III
COURTROOM DEPUTY, SECTION T

NOTICE:     COUNSEL ADDING NEW PARTIES SUBSEQUENT TO
            THE MAILING OF THIS NOTICE SHALL NOTIFY
            SUCH NEW PARTY TO APPEAR AS REQUIRED BY
            THIS NOTICE.

            COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST
            JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE,
            A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF
            THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH
            A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A
            SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE,
            ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE
            SUCH A CONFERENCE DESIRABLE.

__Fee
__Pr0cess
XDktd
__CtRemDep
Doc. No. _6_