

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPUTER ASSOCS. INT'L, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0177 |
| ALTON OCHSNER MEDICAL FOUND. | SECTION "T" (3) |

## ORDER

Presently pending before the Court is the Defendant's Motion for Jury Trial. As reflected in the attached correspondence, the Plaintiff has no opposition to said request. Accordingly,

**IT IS ORDERED** that the Defendant's Motion for Jury Trial (Doc. 11) be, and the same hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court hereby is directed to **ADD** a jury designation to the above-captioned matter.

New Orleans, Louisiana, this _____ day of July, 2000.

DATE OF ENTRY
JUL 7 - 2000

G. Thomas Porteous, Jr.
United States District Judge

LAW OFFICES
## CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.

202 TWO UNITED PLAZA

8550 UNITED PLAZA BLVD.

**BATON ROUGE, LOUISIANA 70809**

(225) 922-4300

FAX (225) 922-4304

www.chaffe.com

2300 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163
(504) 585-7000
FAX (504) 585-7075

EDIFICIO EXA
PISO 10, OFIC PH-10
AVENIDA VENEZUELA ENTRE
CALLES EL RETIRO Y ALAMEDA
EL ROSAL
CARACAS, VENEZUELA
(011) (582) 952-2605

**SCOTT C. BARNEY**

Direct Dial No:
(225) 922-4672
E-mail barney@chaffe.com
June 21, 2000

<u>**Via Fascimile: (504) 589-2444**</u>
Honorable G. Thomas Porteous
Attn: Chris Cox
U.S. District Court
Eastern District of Louisiana
C206 U.S. Courthouse
500 Camp Street
New Orleans, Louisiana 70130

    Re:   Computer Associates International, Inc. v.
           Alton Ochsner Medical Foundation
           USDC E.D. La. No. 00-0177 Sect. "T", Mag. (3)
           Our File: 11829/18640

Dear Mr. Cox:

    Confirming our telephone conversation of June 21, 2000, this firm represents Computer Associates International, Inc. in connection with the above referenced matter. In that regard, this letter shall confirm that Computer Associates does not oppose the motion for jury trial filed by defendant, Alton Ochsner Medical Foundation, which motion is presently set for hearing on July 5, 2000.

    Feel free to contact me if you have any questions with regard to the foregoing.

                Sincerely,

                CHAFFE, MCCALL, PHILLIPS,
                TOLER & SARPY, L.L.P.

                Scott C. Barney

SCB/ac

36071 1

June 21, 2000
Page 2


cc:   Mark Cunningham
      Roy Reichbach
      Robert Rooth

36021_1

LAW OFFICES

# CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.

202 TWO UNITED PLAZA

| 2300 ENERGY CENTRE<br>1100 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70163-2300<br>(504) 585-7000<br>FAX (504) 585-7075 | 8550 UNITED PLAZA BLVD.<br>BATON ROUGE, LOUISIANA 70809-2256<br>(225) 922-4300<br>FAX (225) 922-4304<br>www.chaffe.com | EDIFICIO EXA<br>PISO 10, OFIC. PH-10<br>AVENIDA VENEZUELA ENTRE<br>CALLES EL RETIRO Y ALAMEDA<br>EL ROSAL<br>CARACAS, VENEZUELA<br>(011) (582) 953-2505<br>FAX (011) (582) 953-0518 |

WRITER'S DIRECT DIAL

## FACSIMILE COVER SHEET

DATE: June 21, 2000            PAGE 1 OF 3 PAGES

TO: Honorable Portious         FACSIMILE #: (504) 589-2444

FILE #: 18640                  FILE NAME: _____

RE: _____

___ ORIGINAL TO FOLLOW BY U.S. MAIL
 X  NO ORIGINAL WILL BE SENT

FROM: **SCOTT C. BARNEY**

IF YOU HAVE ANY PROBLEMS RECEIVING THIS FACSIMILE, PLEASE CALL JESSICA AT (225) 922-4673.

NOTES:

CONFIDENTIAL NOTE: This facsimile transmittal (and/or the documents accompanying it) may contain confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you receive this transmittal in error, please notify us immediately at the telephone number listed above and return the transmittal to us at the above address, marked to the attention of the telecommunications department. Thank you.

31164_1