UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPUTER ASSOCIATES INTERNATIONAL, INC.** | CIVIL ACTION NO. 00-0177 |
| | SECTION "T" |
| VERSUS | |
| | MAGISTRATE "3" |
| **ALTON OCHSNER MEDICAL FOUNDATION** | |

FILED: _____

DEPUTY CLERK: _____

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE EXPERT WITNESS REPORT DUE DATE

Plaintiff and defendant in counterclaim, Computer Associates International, Inc. ("Computer Associates"), moves this Court to continue for thirty (30) days, until November 10, 2000, the deadline by which the plaintiffs in this matter must exchange expert reports. Computer Associates further moves this Court to continue by 30 days, until December 10, 2000, the deadline by which the defendants in this matter must exchange expert reports.

In support of this motion, Computer Associates shows that discovery in this matter is ongoing and the parties are in the process of scheduling necessary depositions. Computer Associates further shows that, until those depositions have been completed, the parties will be unable to submit complete expert reports. Computer Associates further shows that the trial in this matter is not scheduled to commence until January 16, 2001, the discovery cutoff is not until December 8, 2000, and the proposed continuance will impact neither the trial date nor trial preparation efforts.

DATE OF ENTRY
OCT 5 2000

455750-1

Computer Associates further shows that it has conferred with counsel for defendant and plaintiff-in-counterclaim, Alton Ochsner Medical Foundation ("Ochsner") and Ochsner does not oppose the continuances requested herein.

**WHEREFORE**, for all of the foregoing reasons, Computer Associates International, Inc. moves this Court to continue for 30 days, until November 10, 2000, the deadline by which the parties plaintiff in this matter must exchange expert reports. Computer Associates further moves this Court to continue by 30 days, until December 10, 2000, the deadline by which the parties defendant in this matter must exchange expert reports. Computer Associates further moves for such other and further relief as may be just and equitable under the circumstances.

_____
ROBERT S. ROOTH, T.A. #11454
SCOTT C. BARNEY, #21868
EARL F. SUNDMAKER, III, #24226
**CHAFFE, McCALL, PHILLIPS,
   TOLER & SARPY, L.L.P.**
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7000
**Attorneys for Computer Associates International, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by United States mail, properly addressed with postage prepaid, , this 3rd day of October, 2000.

_____

455750-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPUTER ASSOCIATES INTERNATIONAL, INC.** | **CIVIL ACTION NO. 00-0177** |
| | **SECTION "T"** |
| **VERSUS** | |
| | **MAGISTRATE "3"** |
| **ALTON OCHSNER MEDICAL FOUNDATION** | |

FILED: _____        _____
                                                                    **DEPUTY CLERK:**

## O R D E R

Considering the above and foregoing Unopposed Motion to Continue Expert Witness Report Due Dates;

**IT IS ORDERED,** that the deadline by which the parties plaintiff in this matter must exchange expert reports be and the same hereby is continued for 30 days, until November 10, 2000.

**IT IS FURTHER ORDERED,** that the deadline by which the parties defendant in this matter must exchange expert reports be and the same hereby is continued for 30 days, until December 10, 2000.

New Orleans, Louisiana, this 4th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

455750-1