

MINUTE ENTRY
AFRICK, M.J.
OCTOBER 16, 2000


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


COMPUTER ASSOCIATES                  CIVIL ACTION
INTERNATIONAL, INC.

VERSUS                               NO: 00-0177

ALTON OCHSNER MEDICAL                SECTION: "T"(3)
FOUNDATION


Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in

opposition to a motion be filed AND a copy be delivered to chambers eight days prior

to the date set for hearing of the motion.  No memoranda in opposition to the following

motion set for hearing on Wednesday, October 18, 2000, was timely submitted:

Computer Associates International, Inc., C.A. 00-0177 "T"(3); defendant's
motion to compel

Accordingly,

IT IS ORDERED that the motion is GRANTED as unopposed.  Plaintiff must

DATE OF ENTRY

OCT 1 7 2000

_Fee_____
Process____
X /Dktd  ___
/ CtRmDep___
Doc.No.____

provide defendant with the requested discovery within ten (10) days of this date.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE