

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
OCT 17 2000
2000 OCT 17 PM 1: 34
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
AFRICK, M.J.
OCTOBER 17, 2000


## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA


| COMPUTER ASSOCIATES INTERNATIONAL, INC. | CIVIL ACTION |
|---|---|
| VERSUS | NO: 00-0177 |
| ALTON OCHSNER MEDICAL FOUNDATION | SECTION: "T"(3) |


At the parties' request,

IT IS ORDERED that the minute entry issued on October 16, 2000, regarding defendant's motion to compel is RESCINDED.

IT IS FURTHER ORDERED that this motion is reset for hearing on November 1, 2000.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 1 7 2000

Fee_____
Process_____
X_____
_____
Doc.No._____