```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                            2000 NOV -2 AM 9:32

                              LORETTA G. WHYTE
                                   CLERK
```

MINUTE ENTRY
AFRICK, M.J.
NOVEMBER 1, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | CIVIL ACTION |
| VERSUS | NO: 00-0177 |
| ALTON OCHSNER MEDICAL FOUNDATION | SECTION: "T"(3) |

Before the Court is defendant's motion to compel. Oral argument was held in this matter on this date. Participating were Scott Barney and Robert Rooth, representing plaintiff and Mark A. Cunningham, representing defendant.

IT IS ORDERED that defendant's motion to compel is GRANTED in part as follows:

With respect to Interrogatory number 2, plaintiff is ordered to identify any and all persons and entities other than Ochsner who have complained about or criticized

DATE OF ENTRY
NOV - 2 2000

Doc.No. 19

the operational performance of the "Dispatch" program, version 6.0, within thirty (30) days.

With respect to Interrogatory number 3, plaintiff is ordered to answer the interrogatory within ten (10) days.

With respect to the requests for production,

No. 14. Plaintiff is ordered to produce all documents discussing or disclosing criticisms or complaints by any person other than Ochsner about the "Dispatch" program, version 6.0, within thirty (30) days.

No. 22. Plaintiff is ordered to produce all documents that pertain to or evidence adjustments in invoices for licenses granted to any person other than Ochsner based on criticisms or complaints about the operation, performance of and/or defects in the "Dispatch" program, version 6.0, within forty-five (45) days.

No. 23. The request for this information is DENIED as such requested information will be repetitive.

No. 24. The request for this information is DENIED as such requested information will be repetitive.

No.29. Plaintiff is ordered to produce all documents, including internal memoranda, discussing or disclosing defects in the "Dispatch" program, version 6.0, within thirty (30) days. To the extent that such documents are privileged, the plaintiff is ordered to provide opposing counsel with a privilege log.

No. 30. Plaintiff is ordered to produce a list of all complaints, petitions, counterclaims, or other legal process in which it was alleged that plaintiff distributed and/or licensed the "Dispatch" program, version 6.0, within thirty (30) days. Such list

is limited to the time period of January 1, 1996 to the present.

No. 31. The request for this information is DENIED in view of the Court's ruling with respect to request for production No. 30.

No. 32. The request for this information is DENIED in view of the Court's ruling with respect to request for production No. 30.

                                          LANCE M. AFRICK
                                UNITED STATES MAGISTRATE JUDGE