UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | * CIVIL ACTION * |
| | * NO. 00-0177 |
| VERSUS | * |
| | * SECTION "T" |
| ALTON OCHSNER MEDICAL FOUNDATION | * |
| | * MAGISTRATE "3" |
| * * * * * * * * * * * * * * * * * * * * * * | * * |

### JOINT MOTION AND INCORPORATED MEMORANDUM
### TO CONTINUE TRIAL AND ALL DEADLINES AND CUTOFF DATES

Plaintiff and defendant in counterclaim, Computer Associates International, Inc. ("Computer Associates"), and defendant and plaintiff in counterclaim, Alton Ochsner Medical Foundation ("Ochsner"), jointly move this Court to continue to a future date the trial in this matter, presently set to begin on January 16, 2001. Movants further move this Court to continue all deadlines and cutoff dates set in the Court's Scheduling Order in this matter. Movers hereby certify that they have notified their clients of this request and that the clients have no objection.

In support of their motion, Movants submit that this case involves complex issues related to alleged defects and/or deficiencies in software licensed by Computer Associates to Ochsner and that this is the Movants' first request for a continuance. Movants further submit that discovery has not been completed, and cannot be completed prior to the scheduled trial date, despite the reasonable efforts of all parties. Among other things, on November 1, 2000, Magistrate Africk ordered Computer Associates to produce additional documents and information to Ochner. Magistrate Africk recognized that gathering the additional information and documents will take

37723-1

DATE OF ENTRY
NOV 8 2000

time and granted Computer Associates up to 45 days to respond to certain discovery requests. The parties raised the issue of the upcoming trial date with Magistrate Africk who agreed that this case was not ready for trial and suggested that the parties file this joint motion.

Accordingly, movants submit that the trial date in this matter and all pretrial deadlines and cutoffs should be continued.

**WHEREFORE**, Computer Associates International, Inc. and Alton Ochsner Medical Foundation pray that this Court continue to a future date the trial in this matter, presently set to begin on January 16, 2001. Movants further pray that this Court continue all deadlines and cutoff dates set in the Court's Scheduling Order in this matter. Movants further pray for such other and further relief as may be just and equitable under the circumstances.

| Respectfully submitted | Respectfully submitted, |
|---|---|
| */s/ Mark A. Cunningham* | */s/ Robert S. Rooth* |
| R. LEWIS MCHENRY (1939) | ROBERT S. ROOTH, T.A. (#11454) |
| MARK A CUNNINGHAM (24063)(T.A.) | SCOTT C. BARNEY (#21868) |
| GENEVIEVE HARTEL SALASSI (25232) | EARL F. SUNDMAKER, III (#24226) |
| **JONES WALKER, WAECHTER,** | **CHAFFE, McCALL, PHILLIPS** |
|   **POINTEVENT, CARRERE &** |   **TOLER & SARPY, L.L.P.** |
|   **DENEGRE, L.L.P.** | 2300 Energy Centre, 1100 Poydras Street |
| 201 St. Charles Avenue, Ste 4900 | New Orleans, LA 70163-2300 |
| New Orleans, LA 10170-5100 | Telephone: (504) 585-7000 |
| Tel: (504) 582-8000 | **Attorneys for Computer Associates** |
| **Attorneys for Alton Ochsner** | **International, Inc.** |
| **Medical Foundation** | |

37723-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | * CIVIL ACTION *  |
| VERSUS | * NO. 00-0177 * |
| | * SECTION "T" * |
| ALTON OCHSNER MEDICAL FOUNDATION | * MAGISTRATE "3" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Continue Trial and all Deadlines and Cutoff Dates;

**IT IS ORDERED**, that trial of this matter, and all pending cutoffs and deadlines fixed in this Court's May 11, 2000 Minute Entry, be and the same hereby are continued. A new trial date will be selected at a conference to be scheduled in the future.

New Orleans, Louisiana this ___ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

37723-1