

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -9 PM 4:01

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | : : : | CIVIL ACTION |
| VERSUS | : : | NO. 00-0177 |
| ALTON OCHSNER MEDICAL FOUNDATION | : : : | SECT. "T" MAGISTRATE 3 |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Pursuant to Local Rule 83.2.12(A), defendant Alton Ochsner Medical Foundation ("Ochsner") moves this Court to enroll Jennifer E. Ancona, Louisiana Bar No. 25556, of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100, as additional counsel of record for Ochsner.

DATE OF ENTRY
NOV 17 2000

N0585154.1

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc.No. 21

Respectfully submitted,

_____
R. LEWIS MCHENRY(1939)
MARK A. CUNNINGHAM (24063)(T.A.)
GENEVIEVE HARTEL SALASSI (25232)
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.,
201 St. Charles Avenue, Suite 5000
New Orleans, LA 70170-5100
Tel: (504) 582-8000

Attorneys for Alton Ochsner Medical Foundation

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading has been provided to opposing counsel of record by telecopier and by placing same in the U.S. Mail, properly addressed and postage prepaid this 9th day of November, 2000.

_____

N0585154 1                                    2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | : | CIVIL ACTION |
| | : | |
| | : | NO. 00-0177 |
| VERSUS | : | |
| | : | SECT. "T" |
| ALTON OCHSNER MEDICAL FOUNDATION | : | |
| | : | MAGISTRATE 3 |
| | : | |

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by Alton Ochsner Medical Foundation,

IT IS ORDERED that Jennifer E. Ancona be and is hereby enrolled as additional counsel of record in this matter for Alton Ochsner Medical Foundation.

New Orleans, Louisiana this ___ day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0585154 1