

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | : | CIVIL ACTION |
| | : | NO. 00-0177 |
| VERSUS | : | |
| | : | SECTION "A" |
| ALTON OCHSNER MEDICAL FOUNDATION | : | |
| | : | MAGISTRATE 3 |

**JOINT MOTION TO ENTER
<u>STIPULATED DISMISSAL WITH PREJUDICE</u>**

Plaintiff Computer Associates International, Inc. and Defendant Alton Ochsner Medical Foundation (collectively the "Parties") move this Court to enter the attached Order of Dismissal. In support of their motion, the Parties submit that they have entered into a Settlement Agreement and Release under which they have agreed to the entry of the attached Order of Dismissal. The Parties further submit that they have agreed that this Court should retain jurisdiction to enforce the Settlement and Release between them.

39437-1

DATE OF ENTRY
APR 1 3 2001

Fee____
Process____
X /Dktd____
____CtRmDep
____Doc.No. 24

WHEREFORE, the Parties respectfully request that the Court enter the attached Order of Dismissal.

Respectfully submitted

*Mark A. C——*
R. LEWIS MCHENRY (1939)
MARK A CUNNINGHAM (24063)(T.A.)
GENEVIEVE HARTEL SALASSI (25232)
Jones, Walker, Waechter, Poitevent,
 CARRERE & Denegre, L.L.P.
201 St. Charles Avenue, Ste 4900
New Orleans, LA 10170-5100
Telephone: (504) 582-8536

Attorneys for Alton Ochsner
Medical Foundation

Respectfully submitted,

*Scott C. B——*
ROBERT S. ROOTH, T.A. (#11454)
SCOTT C. BARNEY (#21868)
EARL F. SUNDMAKER, III (#24226)
Chaffe, McCall, Phillips,
 Toler & Sarpy, L.L.P.
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Attorneys for Computer Associates
International, Inc.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing pleading has been provided to opposing counsel of record by telecopier and by placing same in the U.S. Mail, properly addressed and postage prepaid this  9th  day of  April , 2001.

*Mark A. C——*
MARK A. CUNNINGHAM

39437-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COMPUTER ASSOCIATES** | : | CIVIL ACTION |
| **INTERNATIONAL, INC.** | : | |
| | : | NO. 00-0177 |
| **VERSUS** | : | |
| | : | SECTION "A" |
| **ALTON OCHSNER MEDICAL FOUNDATION** | : | |
| | : | MAGISTRATE 3 |
| | : | |

## ORDER OF DISMISSAL

Considering the Joint Motion to Enter Stipulated Dismissal with Prejudice,

IT IS ORDERED that the Complaint against Alton Ochsner Medical Foundation and the Counterclaim against Computer Associates International, Inc. are hereby DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees, and the Court shall retain jurisdiction to enforce the Settlement and Release between the parties..

New Orleans, Louisiana, this ___ day of April, 2001.

_____
UNITED STATES DISTRICT JUDGE